IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RENE CASTILLO, | ) | |
| Defendant-Petitioner, | ) | |
| | ) | No. 3:09-CV-0740-D |
| v. | ) | (3:08-CR-119-D) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff-Respondent. | ) | |

### ORDER

The April 29, 2011 findings, conclusions, and recommendation of the United States Magistrate Judge are adopted, defendant-petitioner's March 24, 2011 motion to dismiss is granted, and this § 2255 petition is dismissed without prejudice.

**SO ORDERED**.

May 26, 2011.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE